**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2023

**By CM/ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Cao Lay Munoz Gallon*, 22 Cr. 357 (KPF)**

Dear Judge Failla:

The Government writes to respectfully request that the Court enter the enclosed proposed stipulated protective order, which has been signed by defense counsel in the above-captioned case, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ______________________
Nicholas S. Bradley
Assistant United States Attorney
(212) 637-1581

CC: Counsel of Record (by CM/ECF)

Enclosure

Application GRANTED. The Court will separately endorse the parties' proposed stipulated protective order.

Dated: August 11, 2023
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE