UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                               :

UNITED STATES OF AMERICA

                                                               :        CONSENT PRELIMINARY ORDER
      - v. -                                              OF FORFEITURE/
                                                               :        MONEY JUDGMENT

CAO LAY MUNOZ GALLON,

                                                               :        22 Cr. 357 (KPF)

      Defendant.

                                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        WHEREAS, on or about June 28, 2022, CAO LAY MUNOZ GALLON (the "Defendant"), was charged in Indictment 22 Cr. 357 (KPF) (the "Indictment"), with narcotics importation conspiracy, in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 3238 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, of any and all property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, on or about March 22, 2024, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States pursuant to Title 21, United States Code, Sections 853 and 970, a sum of money equal to $8,000.00 in United States currency, representing the amount of proceeds the

Defendant obtained, directly or indirectly, and the property used, or intended to be used to commit, and to facilitate the commission of the offense alleged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $8,000.00 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, and the property used, or intended to be used to commit, and to facilitate the commission of the offense charged in Count One of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Nicholas S. Bradley, of counsel, and the Defendant and his counsel, Clay H. Kaminsky, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $8,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, and the property used, or intended to be used to commit, and to facilitate the commission of the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CAO LAY

MUNOZ GALLON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance & Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          3/22/24
    NICHOLAS S. BRADLEY                   DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, New York 10278
    (212) 637-1581


CAO LAY MUNOZ GALLON

By: _____          03-22-2024
    CAO LAY MUNOZ GALLON                 DATE


By: _____          3/22/24
    CLAY H. KAMINSKY, ESQ.               DATE
    Attorney for Defendant
    Federal Defenders of New York


SO ORDERED:

_____              3/22/2024
HONORABLE KATHERINE POLK FAILLA          DATE
UNITED STATES DISTRICT JUDGE