**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2024

**BY ECF AND EMAIL**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: <u>United States v. Cao Lay Muñoz Gallon,</u>
    **22 Cr. 357 (KPF)**

Dear Judge Failla:

  I write to request that the Court adjourn Mr. Muñoz Gallon's sentencing, which is currently scheduled for August 21. I make this request because I need additional time to represent my client effectively at sentencing. Specifically, I need more time to collect mitigation materials from Ecuador and to work with my client on his sentencing submission.

  Given the time required for the work and interpretation and the schedule of counsel, I respectfully request that sentencing be adjourned by approximately six weeks, to October 1 or 2, 2024, if the Court is available on those days.

  The government has no objection to this request and is available on the proposed dates.

            Respectfully submitted,

            /s/
            Clay H. Kaminsky
            Assistant Federal Defender
            (212) 417-8749

cc:  AUSA Nicholas Bradley

Application GRANTED.  The sentencing of Mr. Muñoz Gallon is hereby ADJOURNED to **October 2, 2024,** at **3:00 p.m.**  Mr. Muñoz Gallon shall file his sentencing submission on or before **September 18, 2024,** and the Government shall file its submission on or before **September 25, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Date:     August 8, 2024                SO ORDERED.
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE